

# Invoice

| Date |  |
|---|---|
| 8/31/2017 | ■ |

Sottile & Barile, LLC
Loveland, OH 45140

| Bill To |
|---|
| AJA Realty Investments, LLC<br>adam@ajarealtyinvestments.com |

| S&B File Number |
|---|
| ■ |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Beck, Thomas - ■ - Plan review, Proof of Claim, 410A prep | 900.00 | 900.00 |

Thank you for your business.

**Total**   $900.00



Credit/Debit Card Fees- Tiered fee of $2.00 per $100     E-Checks- No Fee
For questions, please call 810-766-7015

Step 1: Select Payments     Step 2: Review and Submit     Step 3: Confirmation and Receipt

Step 3: Confirmation and Receipt

## Result: Payment Authorized
## Confirmation Number:

### My Bills

| Description | Amount |
|---|---|
| Summer Tax payment of $1,225.27 on Parcel Number 41-04-128-015 | $1,225.27 |
| Subtotal: | $1,225.27 |
| Convenience Fee: | $0.00 |
| **Total Payment:** | **$1,225.27** |

### Customer Information

| | |
|---|---|
| First Name: | Adam |
| Last Name: | Adams |
| Address Line 1: | 7324 GASTON AVE |
| Address Line 2: | STE 124-472 |
| City: | Dallas |
| State: | Texas |
| Zip Code: | 75223 |
| Phone Number: | 832-767-8656 |
| Email Address: | adam@ajarealtyinvestments.com |

### Payment Information

| | |
|---|---|
| Payment Date: | 07/24/2017 |
| Check Routing Number: | |
| Check Account Number: | |
| Account type: | Checking |

Print        Finished

# CITY OF FLINT
P.O. BOX 2056
FLINT, MI 48501
PHONE (810) 766-7015
FAX (810) 238-8481



**2017 SUMMER**

| | ASSESSED VALUE | STATE EQUALIZED VALUE | TAXABLE VALUE |
|---|---|---|---|
| | 8300 | 8300 | 8300 |

SCHOOL DISTRICT: FLINT COMMUNITY
% DECLARED HOMESTEAD: 0

P10  T5   522

AJA INVESTMENTS, LLC
7324 GASTON AVE STE 124-472
DALLAS TX 75214-6126

| TAXING AUTHORITY | TAX RATE | TAX AMOUNT |
|---|---|---|
| MICH ED TAX | 6.00000 | 49.80 |
| FL SINKING FUND | 4.00000 | 33.20 |
| FLINT SCH OPER | 18.00000 | 149.40 |
| GISD ALLOCATED | 0.41340 | 3.43 |
| GISD SPEC ED | 2.40680 | 19.97 |
| GISD VOC ED | 0.96240 | 7.98 |
| C S MOTT OPER | 1.98960 | 16.51 |
| CS MOTT DEBT | 0.82000 | 6.80 |
| FLINT OPERATING | 7.50000 | 62.25 |
| PUB IMPROVEMENT | 2.50000 | 20.75 |
| POLICE SERVICES | 2.00000 | 16.60 |
| PUBLIC TRANS | 0.60000 | 4.98 |
| PARKS AND REC | 0.50000 | 4.15 |
| FLINT DDA OPER | 0.00000 | 0.00 |
| FLINT PUB LIB | 4.00000 | 33.20 |
| COUNTY OPERATING | 5.50720 | 45.70 |
| PUB SAFETY | 6.00000 | 49.80 |
| SCHOOL OPER FC | 18.00000 | 0.00 |
| GARBAGE | 0.00000 | 150.47 |
| STREET LIGHT | 0.00000 | 70.94 |
| SEWER ONLY CHARG | 0.00000 | 474.10 |
| TAX ADMIN FEE | | 5.24 |

**TOTAL TAX DUE** — 1225.27

PROPERTY ADDRESS
3150 WYOMING AVE

LEGAL DESCRIPTION
WESTERN ROAD ANNEX ELY 1/2 OF LOT 57

*FOR COMPLETE PROPERTY DESCRIPTION SEE ASSESSMENT ROLL AT THE ASSESSOR'S OFFICE OR AT OUR WEB SITE: www.cityofflint.com

Taxes included in this tax bill are for the following fiscal years:

COUNTY      OCT 1 - SEP 30
SCHOOLS     JUL 1 - JUN 30

SEE REVERSE SIDE FOR IMPORTANT INFORMATION
POSTMARKS WILL NOT BE ACCEPTED

KEEP THIS PORTION

---



# CITY OF FLINT
P.O. BOX 2056
FLINT, MI 48501
PHONE (810) 766-7015
FAX (810) 238-8481

PLEASE RETURN THIS VOUCHER WITH PAYMENT
MAKE CHECK PAYABLE TO: TREASURER, CITY OF FLINT

**FULL PAYMENT**     **2017 SUMMER**

AJA INVESTMENTS, LLC
7324 GASTON AVE STE 124-472
DALLAS TX 75214-6126

**POSTMARKS WILL NOT BE ACCEPTED**

TOTAL TAXES DUE IF PAID NO LATER THAN 8/15/17     1225.27

SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**CITY OF FLINT**
P.O. BOX 2056
FLINT, MI 48501
PHONE (810) 766-7015
FAX (810) 238-8481

PLEASE RETURN THIS VOUCHER WITH PAYMENT
MAKE CHECK PAYABLE TO: TREASURER, CITY OF FLINT

**1ST INSTALLMENT**  **2017 SUMMER**

AJA INVESTMENTS, LLC
7324 GASTON AVE STE 124-472
DALLAS TX 75214-6126

**POSTMARKS WILL NOT BE ACCEPTED**

TOTAL TAXES DUE IF PAID
NO LATER THAN 8/15/17 — 408.43

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---



**CITY OF FLINT**
P.O. BOX 2056
FLINT, MI 48501
PHONE (810) 766-7015
FAX (810) 238-8481

PLEASE RETURN THIS VOUCHER WITH PAYMENT
MAKE CHECK PAYABLE TO: TREASURER, CITY OF FLINT

**2ND INSTALLMENT**  **2017 SUMMER**

AJA INVESTMENTS, LLC
7324 GASTON AVE STE 124-472
DALLAS TX 75214-6126

**POSTMARKS WILL NOT BE ACCEPTED**

TOTAL TAXES DUE IF PAID
NO LATER THAN 10/31/17 — 408.42

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

---



**CITY OF FLINT**
P.O. BOX 2056
FLINT, MI 48501
PHONE (810) 766-7015
FAX (810) 238-8481

PLEASE RETURN THIS VOUCHER WITH PAYMENT
MAKE CHECK PAYABLE TO: TREASURER, CITY OF FLINT

**3RD INSTALLMENT**  **2017 SUMMER**

AJA INVESTMENTS, LLC
7324 GASTON AVE STE 124-472
DALLAS TX 75214-6126

**POSTMARKS WILL NOT BE ACCEPTED**

TOTAL TAXES DUE IF PAID
NO LATER THAN 02/28/18 — 408.42

SEE REVERSE SIDE FOR IMPORTANT INFORMATION