# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - FLINT

IN RE:      **Thomas L. Beck**                                    **Case Number: 17-31631-DOF**
                                                                                          **Chapter 13**
**Debtor.**                                                                       **Judge OPPERMAN**

_____/

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

**IT IS FURTHER ORDERED** that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,500.00** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$3,500.00** shall be paid by the Trustee as an administrative expense of this case.

**IT IS FURTHER ORDERED** that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute. Notwithstanding this provision, the Debtor hereby reserves the right to object to any proof of claim consistent with Plan provision Plan provision V.Y.

**IT IS FURTHER ORDERED** as follows: [Only provisions checked below apply]

[X ] Other: The plan payments shall increase by $459.00 per month upon completion of payments on the 2003 Dodge Ram effective 7/1/2019.

**OBJECTIONS WITHDRAWN:**

/s/ Carl L. Bekofske
**CARL L. BEKOFSKE** (P10645)
**CHAPTER 13 TRUSTEE**
400 N. Saginaw St., Ste. 331
Flint, MI 48502
(810) 238-4675
ECF@flint13.com
**Signed on October 18, 2017**

/s/ William D. Johnson
**William D. Johnson** (P54823)
**ACCLAIM LEGAL SERVICES, PLLC**
2425 Austins Parkway, Ste. 2
Flint Township, MI 48507
(810) 238-8850
Filing@AcclaimLegalServices.com

/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**