## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN AT FLINT

| | |
|---|---|
| In Re: | Case No. 17-31631-dof |
| Thomas L. Beck | Chapter 13 |
| Debtors. | Judge Daniel S. Opperman.Flint |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

AJA Investments, LLC ("Creditor"), by and through their undersigned counsel, hereby gives notice of a Change of Address on the below filed Claim.

Claim Number                   7-1
Last 4 Digits of Account Number:    3016

PREVIOUS INFORMATION

Name and Address where Notices & Payments should be sent:

    AJA Investments, LLC
    7324 Gaston Ave., Ste 124-472
    Dallas, TX 75214

NEW INFORMATION (EFFECTIVE IMMEDIATELY)

Name and Address where Notices should be sent:

    AJA Investments, LLC
    1030 E. HWY 377, Ste 110-101
    Granbury, TX 76048

Name and Address where Payments should be sent:

    Madison Management Services, LLC
    400 Morris Ave., Suite 222
    Denville, NJ 07834

    Respectfully Submitted

    /s/ D. Anthony Sottile
    D. Anthony Sottile (OH 0075101)
    Jon Lieberman (P79786)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: (513) 444.4100
    bankruptcy@sottileandbarile.com

# CERTIFICATE OF SERVICE

I certify that on March 12, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    William D. Johnson, Debtor's Counsel
    filings@acclaimlegalservices.com

    Carl Bekofske, Chapter 13 Trustee
    ECF@flint13.com

I further certify that on March 12, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Thomas L. Beck
    3150 Wyoming Ave.
    Flint, MI 48506

    /s/ D. Anthony Sottile
    D. Anthony Sottile (OH 0075101)
    Jon Lieberman (P79786)
    Sottile & Barile, Attorneys at Law
    P.O. Box 476
    Loveland, OH 45140
    Phone: (513) 444.4100
    bankruptcy@sottileandbarile.com