## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In RE:                                                  **Case No.** 17-31631-JDA

Thomas L. Beck

_____/

### NOTICE OF CREDITOR ADDRESS CHANGE

The creditors in the above entitled case do hereby request that the mailing address listed in the above stated case be changed;

FROM:  
AJA Investments LLC  
C/O Madison Management Services, LLC  
400 Morris Avenue, Ste 222  
Denville, NJ 07834

TO:  
AJA Investments LLC  
C/O Madison Management Services, LLC  
4600 Kietzke Lane, Ste B-119  
Reno, NV 89502

Date: 7/10/2018

s/ Kevin J. Cordell  
Creditor Signature